**Order filed October 22, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00657-CV
_____

**ALBERT ORTIZ, Appellant**

**V.**

**NATIONAL CITY HOME LOAN SERVICES, INC. D/B/A FIRST FRANKLIN LOAN SERVICES; AND NATIONAL CITY BANK OF INDIANA, Appellees**

On Appeal from the 164th District Court
Harris County, Texas
Trial Court Cause No. 2006-61178

## O R D E R

The notice of appeal in this case was filed September 21, 2020. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **November 2, 2020.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM

Panel Consists of Justices Spain, Hassan, and Poissant.